UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: CILENTI & COOPER, PLLC.

FELIX PAZARAN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED

Plaintiff(s)

Index # 1:18-CV-09335-RA

- against -

Purchased October 15, 2018

10TH AVENUE GROUP, INC. D/B/A 44 & X - HELLS KITCHEN RESTAURANT, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 29, 2018 at 02:12 PM at

C/O 10TH AVENUE GROUP, INC. D/B/A 44 & X - HELLS KITCHEN RESTAURANT
622 10TH AVENUE
NEW YORK, NY 10036

deponent served the within SUMMONS AND COMPLAINT on SCOTT HART therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to ADAM CORY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 32 | 5'11 | 200 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 10TH AVENUE GROUP, INC. D/B/A 44 & X - HELLS KITCHEN RESTAURANT
622 10TH AVENUE
NEW YORK, NY 10036

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 29, 2018 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: October 29, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 705405

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045